UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| NORMAN HUTCHINSON,      ) | |
| )                       | |
| Plaintiff           )   | |
| )                       | |
| v.                    ) | Civil No. 09-45-P-S |
| )                       | |
| STATE OF MAINE, et al, ) | |
| )                       | |
| Defendants          )   | |
| )                       | |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 20, 2009, her Recommended Decision (Docket No. 25).  Plaintiff filed his Objection to the Recommended Decision (Docket No. 26) on July 24, 2009.  Defendants State of Maine and Maine Drug Enforcement Agency filed their Response to Plaintiff's Objection to the Recommended Decision (Docket No. 27) on August 3, 2009.  Defendant Mexico Police Department filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 28) on August 6, 2009.  Plaintiff filed a Response to Defendants' Response to his Objection to the Recommended Decision (Docket No. 29) on August 6, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 16) is **DENIED**.

3. It is hereby **ORDERED** that the Cross-Motion for Summary Judgment (Docket No. 18) filed by Defendants State of Maine and Maine Drug Enforcement Agency is **GRANTED** on the remaining, constitutional and RFRA counts.

4. It is also hereby **ORDERED** that the Cross-Motion for Summary Judgment (Docket No. 20) filed by Defendant Mexico Police Department is **GRANTED** as to all counts of Defendant's Complaint.

/s/George Z. Singal
U.S. District Judge

Dated at Portland, Maine this 7th day of August, 2009.